IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yingzhi C. Zhang,<br><br>    Plaintiff,<br><br>vs.<br><br>Corrections Corporation of America, et al.,<br><br>    Defendants. | No. CV 04-1185-PHX-ROS (ECV)<br><br>**ORDER** |

    Defendants Stolc, Matlock and Battaglia[1] have filed a Motion to Extend Deadlines (Doc. #54) in which they seek a 90-day extension of the discovery deadline, the dispositive motion deadline and the joint proposed pretrial order deadline. Defendants contend that they have had difficulty obtaining Plaintiff's immigration documents and thus have had to delay scheduling Plaintiff's deposition. Plaintiff filed a Response (Doc. #55) in which he argues that Defendants have waited until the last minute to conduct discovery and should not be able to delay the proceedings because of their own tardiness. Plaintiff further contends that his immigration file is not relevant to the civil rigths violations alleged in the complaint. In their Reply (Doc. #56), Defendants explain that they submitted numerous FOIA requests to obtain Plaintiff's immigration records and that Plaintiff has refused to produce such records.

---

[1] Also included in the list of defendants in the motion is Corrections Corporation of America ("CCA"). However, CCA was dismissed by the district court in the screening order (Doc. #6) back on September 9, 2004.

1 Defendants further explain how the records are relevant to this case. Additionally,
2 Defendants indicate that they intend to take Plaintiff's deposition at the end of December
3 2005 and that they anticipate all the requested documents will be received by that time.

4 The court finds that Defendants have established good cause for an extension. This
5 is their first request and they have shown a genuine, good faith effort to obtain discovery
6 relevant to their defense in this action. Accordingly, the court will extend the specified
7 deadlines by 90 days. Given the length of the extension, the court will not consider any
8 additional extensions absent extraordinary circumstances.

9 **IT IS THEREFORE ORDERED:**

10 That Defendants' Motion to Extend Deadlines (Doc. #54) is **granted**;

11 That the deadline for completion of discovery is extended to **February 28, 2006**;

12 That the dispositive motion deadline is extended to **April 28, 2006**; and

13 That the deadline for filing the joint proposed pretrial order is extended to **June 30,**
14 **2006**.

15 DATED this 8th day of December, 2005.

_____
Edward C. Voss
United States Magistrate Judge