# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yingzhi Zhang,<br><br>                              Plaintiff,<br>   v.<br><br>Corrections Corporation of America, et al,<br><br>                              Defendants. | NO. CV04-1185-PHX-ROS (EVC)<br><br>**ORDER** |

   Upon reviewing the Defendants' motion and Plaintiff's response, and good cause appearing therefore;

   IT IS HEREBY ORDERED Defendant, Corrections Corporation of America to take the deposition of the Plaintiff, Yingzhi Zhang, inmate number #A76416860, who is presently incarcerated at the US Immigration & Customs Enforcement Unit, 3250 North Pinal Parkway, Florence, Arizona 85232 on **January 11, 2006** at 2:00 p.m. at a conference room to be arranged at the facility.

   DATED this 21st day of December, 2005.

_____
Edward C. Voss
United States Magistrate Judge

1562164_1